UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMRES M. SMITH,

                Plaintiff,

    -against-

DOE,

                Defendant.

25-CV-4973 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated June 16, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On July 23, 2025, the Clerk's Office resent the June 16, 2025 order to Plaintiff's new address. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   September 22, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge