UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMRES M. SMITH,

                    Plaintiffs,

      -against-

DOE,

                    Defendant.

25-cv-4973 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 22, 2025, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 23, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge